**Earl E. CARNEY, Appellant, v. THOMAS M SAYMAN INVESTMENT CO.**

No. 10328.

Circuit Court of Appeals, Eighth Circuit.

April 17, 1935.

James H. Harkless, of Kansas City, Mo., for appellant.

Frank P. Barker, of Kansas City, Mo., for appellee.

PER CURIAM.

Motion of appellee to dismiss sustained because appeal was not taken within the time allowed by law.

**G. T. CAZORT et al., Appellants, v. ST. LOUIS UNION TRUST CO.**

No. 10304.

Circuit Court of Appeals, Eighth Circuit.

March 22, 1935.

G. C. Hardin and J. C. Barton, both of Ft. Smith, Ark., for appellants.

Max B. Reid, Marcus Evrard, and Doyle Henderson, all of Blytheville, Ark., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee and certificate of clerk of United States District Court under rule 16.

**George S. COCHRAN, Appellant, v. UNITED STATES of America.**

No. 10294.

Circuit Court of Appeals, Eighth Circuit.

March 15, 1935.

Bryan W. Place, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., for the United States.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee.